```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/05/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SAMUEL LOPEZ,

                    Plaintiff,         **ORDER**

      -against-                                 20-cv-02175 (PGG) (KHP)

SHADES OF GREEN LLC,

                    Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        On March 13, 2020, the Court scheduled an initial case management conference for May 11, 2020 at 11:00 a.m. In light of the fact that Defendant Shades of Green LLC has not yet appeared in this case, the May 11, 2020 conference is adjourned to **July 24, 2020 at 10:30 a.m**. The parties are directed to call (866) 434-5269 and use access code 4858267. Plaintiff is directed to file a letter on ECF by no later than **May 15, 2020** advising the Court whether he has been able to contact Defendant and apprising the Court of the efforts he has made to contact Defendant. **Plaintiff is directed to mail a copy of this Order to Defendant.**

        SO ORDERED.

Dated: May 5, 2020
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge