```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/14/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

SAMUEL LOPEZ,

                      Plaintiff,                    **20-cv-2175 (PGG) (KHP)**

          -against-                           **ORDER**

SHADES OF GREEN,

                      Defendants.

-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On March 13, 2020, this Court scheduled an initial case management conference for May 11, 2020.  On May 5, 2020, this Court rescheduled the initial case management conference to July 22, 2020 because Defendant did not appear.  Plaintiff's counsel also advised the Court, via letter dated May 15, 2020, that she had been unable to contact Defendant.

To date, Defendant has not appeared.  Accordingly, the initial case management conference scheduled for **July 22, 2020 is cancelled** *sine die*.  Plaintiff is directed to serve a copy of this Order on Defendant and file proof of service of the same on the docket.

      **SO ORDERED.**

DATED:     New York, New York
          July 14, 2020

                                      _____

                                        KATHARINE H. PARKER
                                        United States Magistrate Judge