Maria-Costanza Barudcci, Esq.
## BARDUCCI LAW FIRM PLLC
5 West 19th Street, 10th Floor
New York, New York 10011
(212) 433-2554

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/29/2020
```

**September 29, 2020**

**MEMO ENDORSED**

Honorable Katharine H. Parker
United States Magistrate Judge                                *Via ECF Only*
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

    Re:    *Samuel Lopez vs. Shades of Green LLC*
            *Civil Action No.: 1:20-cv-02175-PGG-KHP*
            *Letter-Motion to Adjourn Conference*

Dear Judge Katharine H. Parker:

    I represent the Plaintiff in the above-referenced matter.

    Pursuant to the Court's Order [DE#17], the initial conference is scheduled for October 6, 2020. Defendant was mailed a copy of that order.

    Pursuant to the Court's endorsed Order [DE#16], the Defendant was given until September 17, 2020, to find an attorney and answer the Complaint. Defendant failed to do so.

    Today, Plaintiff mailed Defendant another notice of Plaintiff's intent to seek a default based on their failure to file an answer, this time by certified mail and email (to the email address provided in the letter [DE#15])—hoping this will prompt the Defendant to retain counsel or reach out to the Plaintiff. As a courtesy to Defendant, Plaintiff will wait a week after confirmed receipt of the Certified Mail notice to Defendant to file the application for the Clerk's Default.

    Plaintiff requests that this conference be adjourned for thirty (30) days to allow Defendant either the time to file it's answer or for Plaintiff to move for default should Defendant continue to fail to appear in this action or respond to Plaintiff's attempts to contact Defendant.

    Thank you for your consideration.

                                  Respectfully Submitted,

                                  BARDUCCI LAW FIRM

                                  s/Maria Costanza Barducci
                                  Maria-Costanza Barducci, Esq.

cc: Via CM/ECF Only

**The telephonic Initial Case Management Conference in this matter that is scheduled for Tuesday, October 6, 2020 at 11:00 a.m. is hereby rescheduled to <u>Monday, December 7, 2020 at 11:30 a.m. Counsel is directed to call the court's telephone conference line at the scheduled time. Please dial (866) 434-5269, Access Code: 4858267.</u>**

SO ORDERED:

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

**09/29/2020**