UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL LOPEZ,

                Plaintiff,

-against-

SHADES OF GREEN LLC,

                Defendant.

**ORDER**

20 Civ. 2175 (PGG) (KHP)

PAUL G. GARDEPHE, U.S.D.J.:

      The Complaint was filed on March 11, 2020. (Cmplt. (Dkt. No. 1))  On March 13, 2020, this case was referred to Magistrate Judge Katharine H. Parker for general pretrial supervision. (Dkt. No. 5)  On July 17, 2020, Defendant Shades of Green LLC requested an extension of time to answer. (Dkt. No. 15)  Judge Parker granted that application on July 19, 2020. (Dkt. No. 16)  To date, no answer has been filed and no appearance has been entered for Defendant.

      On December 7, 2020, the Clerk of Court issued a certificate of default as to Shades of Green LLC. (Dkt. No. 25)

      Accordingly, Plaintiff will move for a default judgment by **March 2, 2021** in accordance with Rule VIII of this Court's individual rules of practice, which are available on the Court's website.  If Plaintiff does not move for a default judgment by **March 2, 2021**, this case **will be dismissed for failure to prosecute.**

Dated: New York, New York
       February 16, 2021

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge