UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL LOPEZ,

                Plaintiff,

       -against-

SHADES OF GREEN LLC,

                Defendant.

**ORDER**

20 Civ. 2175 (PGG) (KHP)

PAUL G. GARDEPHE, U.S.D.J.:

       The Complaint was filed on March 11, 2020. (Cmplt. (Dkt. No. 1)) On March 13, 2020, this case was referred to Magistrate Judge Katharine H. Parker for general pretrial supervision. (Dkt. No. 5) On July 17, 2020, Defendant Shades of Green LLC requested an extension of time to answer. (Dkt. No. 15) Judge Parker granted that application on July 19, 2020. (Dkt. No. 16) To date, no answer has been filed and no appearance has been entered for Defendant.

       On December 7, 2020, the Clerk of Court issued a certificate of default as to Shades of Green LLC. (Dkt. No. 25) On February 16, 2021, this Court directed Plaintiff to move for a default judgment by **March 2, 2021,** warning that if Plaintiff failed to do so, this case would "**be dismissed for failure to prosecute**." (Dkt. No. 26 (emphasis in original))

       To date, Plaintiff has not moved for a default judgment. Accordingly, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, this case is dismissed without prejudice for failure to prosecute. The Clerk of Court is directed to close the case.

Dated: New York, New York
       March 5, 2021

SO ORDERED.

_Paul G. Gardephe_ (signature)

Paul G. Gardephe
United States District Judge